359 SHEAHAN (Guardian ad litem) vs. CIRCUIT JUDGE (Wayne), 42 M., 69.

To compel respondent to recall certain money belonging to infants, which was paid out of court into the hands of certain parties assuming a right to receive it as attorneys for the general guardian.

Granted October 29, 1879.

360 TREGASKIS vs. SUPERIOR COURT JUDGE (Detroit), 47 M., 509.

To vacate an order putting a receiver in possession of certain personal property, which the relator claims to have purchased of parties who had bought it at a mortgage foreclosure.

Denied January 18, 1882.

The mortgage was given by a corporation to a trustee for the benefit of certain directors. The bill alleged that the mortgage was without consideration, fraudulent and void, and it was claimed that relator was not a bona fide purchaser.